The decision and order of this Court entered herein on February 11, 2010 (70 AD3d 472 [2010]) is hereby recalled and vacated (*see* 2010 NY Slip Op 69732[U] [decided simultaneously herewith]).

■ Rosa Green, Appellant, v Fairway Operating Corp. et al., Respondents, et al., Defendants. [898 NYS2d 848]—Order, Supreme Court, New York County (Walter B. Tolub, J.), entered January 14, 2009, which, in an action for personal injuries sustained in a slip and fall in defendants-respondents' (defendants) supermarket, denied plaintiff's motion to vacate a prior order that had granted defendants' motion for summary judgment upon plaintiff's default, unanimously affirmed, without costs.

Plaintiff fails to show a meritorious cause of action (*see Kalisch v Maple Trade Fin. Corp.*, 35 AD3d 291 [2006]). In order to establish a meritorious cause of action, the affidavit of her nonparty witness who accompanied her to the supermarket was essential. The affidavit of plaintiff's witness, purportedly sworn to in the Dominican Republic, lacks the certificate of conformity (Real Property Law § 301-a) required by CPLR 2309 (c), and therefore is not properly before the Court (*see Matter of Elizabeth R.E. v Doundley A.E.*, 44 AD3d 332 [2007]). Concur—Mazzarelli, J.P., Friedman, DeGrasse, Abdus-Salaam and Manzanet-Daniels, JJ.